UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
January 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAF_____
DEPUTY

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | NO. 5:20-CR-032 (1) XR |
| | § | |
| __CHRISTOPHER FILLINE__ | | |

### ORDER TO ACCEPT RESTITUTION PRIOR TO SENTENCING

IT IS HEREBY ORDERED that the Clerk of Court receive and deposit payment(s) in the sum of __$14,388.25__, which represents the total amount, or a portion, of restitution due in this cause.

IT IS FURTHER ORDERED that said funds shall be held in the United States Treasury Registry Fund until the defendant has been sentenced and a Judgment has been entered. Upon entry of the judgment, and without further order from the court, said monies shall be transferred from the Treasury Registry Fund to the defendant's restitution debt and disbursed in accordance with the judgment.

SIGNED this __22nd__ day of __January__, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE